# SCHEDULE A

## SCHEDULE A

### AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, 133 Stat. 13, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

## PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

LEGAL DESCRIPTION

Starr County, Texas

Tract:  RGV-RGC-1040
Owner:  Argus Resources, Inc.,*et al.*
Acres:  0.604

**BEING** a 0.604 acre tract (26,294 square feet) parcel of land, more or less, being out of a called 49.73 acre tract, recorded in Document No. 1941-17206, Official Records of Starr County (O.R.S.C.), Texas, conveyed to the known and unknown heirs of Higinio Rodriguez, said tract being Share 7B, out of Porcion No. 59, formerly of ancient jurisdiction of Mier, now Starr County, Texas, as set out in the Final Decree of Partition of Porcion 59, in Cause No. 1674, styled First State Bank and Trust Company, et al vs. Tomas Hinojosa et al, dated November 10, 1933, as per certified copy of said decree recorded in Volume 75, pages 212 et eq, of the Deed Records of Starr County, Texas, said 0.604 acre tract (26,294 square feet) parcel of land being more particularly described as follows;

**BEGINNING** at the southeast corner of said known and unknown heirs of Higinio Rodriguez tract and the northeast corner of a called 12.5 acre tract, recorded in Volume 909, Page 534, Deed Records of Starr County (D.R.S.C.), Texas, conveyed to Felix Luera Ranch, LTD., a called 16.67 acre tract, recorded in Volume 1398, Page 411, Deed Records of Starr County (D.R.S.C.), Texas, conveyed to the known heirs and unknown heirs of Higinio Rodriguez and a called 16.67 acre tract, recorded in Volume 1476, Page 836, Deed Records of Starr County (D.R.S.C.), Texas, conveyed to Argus Resources, Inc., et al, said point being designated  "RGV-RGC-1017-4=RGV-RGC-1018-1=RGV-RGC-1040-1", said point being on the west line of a called 127.71 acre tract, recorded in Document No. 2001-217848, Official Records of Starr County (O.R.S.C.), Texas, conveyed to Felix Luera Ranch, LTD., said point having a coordinate of N=16719064.270, E=776281.511, said point also being the southernmost corner of the herein described proposed acquisition tract, said point also being S 36°31'26" E, a distance of 2084.63 feet from United States Corps of Engineers Control Point No. S142;

**THENCE:** N 35°23'01" W, departing the west line of said Felix Luera Ranch, LTD 127.71 acre tract and along the north line of said Felix Luera Ranch, LTD. 12.5 acre tract, the known and unknown heirs of Higinio Rodriguez 16.67 acre tract and the Argus Resources, Inc., et al tract and the south line of said known and unknown heirs of Higinio Rodriguez 49.73 acre tract, a distance of 283.75 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-1017-3=RGV-RGC-1040-2" for the northwest corner of the herein described proposed acquisition tract;

**THENCE:** S 68°25'38" E, departing the north line of said Felix Luera Ranch, LTD. 12.5 acre tract, the known and unknown heirs of Higinio Rodriguez 16.67 acre tract and the

## SCHEDULE C (Cont.)

Argus Resources, Inc., et al tract and the south line of said known and unknown heirs of Higinio Rodriguez 49.73 acre tract, a distance of 339.89 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-1018-2=RGV-RGC-1040-3" for the northeast corner of the herein described proposed acquisition tract, said point being on the east line of said known and unknown heirs of Higinio Rodriguez 49.73 acre tract and the west line of said Felix Luera Ranch, LTD 127.71 acre tract;

**THENCE:** S 54°58'33" W, along the east line of said known and unknown heirs of Higinio Rodriguez 49.73 acre tract and the west line of said Felix Luera Ranch, LTD 127.71 acre tract, a distance of 185.34 feet to the **POINT OF BEGINNING** and containing 0.604 acre tract (26,294 square feet) of land, more or less.

# SCHEDULE D

## **SCHEDULE D**

### MAP or PLAT

### LAND TO BE CONDEMNED



## SCHEDULE D (Cont.)



Tract:  RGV-RGC-1040
Owner:  Argus Resources, Inc., *et al.*
Acreage:  0.604

# SCHEDULE E

## SCHEDULE E

### ESTATE TAKEN

Starr County, Texas

Tract:  RGV-RGC-1040
Owner:  Argus Resources, Inc., *et al.*
Acres:  0.604

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.

# SCHEDULE F

## **SCHEDULE F**

## ESTIMATE OF JUST COMPENSATION


The sum estimated as just compensation for the land being taken is ONE THOUSAND

NINE HUNDRED SIXTY-THREE DOLLARS AND NO/100 ($1,963.00), to be deposited

,herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

## INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Argus Resources, Inc.**<br>c/o Charles E. Grehn, President<br><br>Houston, Texas 77042 | **RGV-RGC-1040**<br>Quit Claim Deed, Document #1999-202462; Recorded April 7, 1999, Deed Records of Starr County |
| **The Unknown Heirs of Higinio Rodriguez**<br>Address Unknown | **RGV-RGC-1040**<br>Warranty Deed, Document #1941-17206; Recorded November 13, 1941, Deed Records of Starr County |
| **Esperanza Rodriguez**<br><br>Victoria, Texas 77902 | **RGV-RGC-1040**<br>Presumptive heir of Higinio Rodriguez, relating back to the interest conveyed in Warranty Deed, Document #1941-17206; Recorded November 13, 1941, Deed Records of Starr County |
| **Zulema Rodriguez**<br>Address Unknown | **RGV-RGC-1040**<br>Presumptive heir of Higinio Rodriguez, relating back to the interest conveyed in Warranty Deed, Document #1941-17206; Recorded November 13, 1941, Deed Records of Starr County |
| **Higinio G. Rodriguez, Jr.**<br>Address Unknown | **RGV-RGC-1040**<br>Presumptive heir of Higinio Rodriguez, relating back to the interest conveyed in Warranty Deed, Document #1941-17206; Recorded November 13, 1941, Deed Records of Starr County |
| **Efrain Rodriguez**<br>Address Unknown | **RGV-RGC-1040**<br>Presumptive heir of Higinio Rodriguez, relating back to the interest conveyed in Warranty Deed, Document #1941-17206; Recorded November 13, 1941, Deed Records of Starr County |
| **Juan Manuel Rodriguez**<br>Address Unknown | **RGV-RGC-1040**<br>Presumptive heir of Higinio Rodriguez, relating back to the interest conveyed in |

| | Warranty Deed, Document #1941-17206; Recorded November 13, 1941, Deed Records of Starr County |
|---|---|
| **Israel Rodriguez, Jr.**<br>Address Unknown | **RGV-RGC-1040**<br>Presumptive heir of Higinio Rodriguez, relating back to the interest conveyed in Warranty Deed, Document #1941-17206; Recorded November 13, 1941, Deed Records of Starr County |
| **Balbina Rodriguez Prado**<br><br>Roma, Texas 78584 | **RGV-RGC-1040**<br>Deed of Gift, Document #2013-314754; Recorded November 22, 2013, Deed Records of Starr County |
| **The Unknown Heirs of Geronimo Hinojosa**<br>Address Unknown | **RGV-RGC-1040**<br>Final Decree of Partition;<br>District Court of Starr County, Texas;<br>Cause No. 1674 Recorded on 16 February 1934 Vol. 75, Pg. 212 Starr County, Texas, Official Deed Records |
| **Ameida Salinas**<br>Starr County, Texas, Tax Assessor-Collector<br>100 N FM 3167, Rm 201<br>Rio Grande City, Texas 78582 | **RGV-RGC-1040**<br>Starr County Tax Assessor-Collector Former Parcel ID 27324 |